IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:

Application for Exemption from the Electronic Public Access Fees by Alexander Viets.

MISC. NO.: 4:24-mc-1000

**O R D E R**

This matter is before the Court upon the application and request by Alexander Viets for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Alexander Viets as an individual researcher associated with an educational institution falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, Alexander Viets has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.  Accordingly, Alexander Viets shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is used for researching the impact of patent litigation cases on the performance outcomes of US companies.  Alexander Viets shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1. This fee exemption applies only to Alexander Viets and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Alexander Viets agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Alexander Viets is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5. This exemption is valid until September 30, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

**SO ORDERED**, this 16th day of July, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA