IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Appointment of the Honorable Michele J. Kim as Chief Judge of the United States Bankruptcy Court for the Southern District of Georgia. | MISC. NO. 4:24-mc-1000 |

**O R D E R**

On November 14, 1996, the Court entered an Order establishing the order of succession for the position of Chief United States Bankruptcy Judge for the Southern District of Georgia. The Honorable Edward J. Coleman, III has served a full term as the Chief Judge of the United States Bankruptcy Court for the Southern District of Georgia.

In accordance with the provisions of the aforementioned Order and 28 U.S.C. § 154(b), and with the concurrence of all judges of the Court, the Court **APPOINTS** the Honorable Michele J. Kim as the Chief Judge of the United States Bankruptcy Court for the Southern District of Georgia effective August 19, 2024.

**SO ORDERED**, this 19th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA