IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE:<br><br>Operational Practices Regarding the Filing of Restitution Agreements in Pretrial Diversion Matters. | MISC. NO.: 4:24-mc-1000 |

**O R D E R**

The United States Probation Office of this Court accepts referrals from the United States Attorney to conduct pretrial diversion investigations and supervision as authorized under 18 U.S.C. § 3154(10). This Order addresses the payment of restitution and filing of documents in such instances throughout the District.

It may be appropriate for some individuals who agree to pretrial diversion ("divertees") to pay restitution to victims. To facilitate those payments, upon the filing and judicial approval of Form PS 4 – Pretrial Diversion Agreement ("Agreement"), the Clerk of Court may accept restitution payments from a divertee and disburse funds to any identified victims.

The Clerk, the probation office, and the parties shall maintain confidentiality of all pretrial diversion documents including documentation of restitution payments. If the United States Attorney and a divertee enter an Agreement before formal charges are filed against the divertee, the Clerk of Court shall open a sealed miscellaneous case for the filing of the Agreement and all related documents. Access to the docket and all documents filed in the case shall be limited to the United States Attorney's Office, the divertee and divertee's counsel, and the Court (including the United States Probation Office). If the United States Attorney and a divertee enter an Agreement

after formal charges are filed against the divertee, the United States Attorney shall file a motion to seal all pretrial diversion documents pursuant to Local Criminal Rule 49.1 in the existing case for the consideration of the presiding district or magistrate judge.

    **SO ORDERED**, this 23rd day of September, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA