IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:

Collateral Schedule

MISC. CASE NO.: 4:24-mc-1000

**GENERAL ORDER CONCERNING FORFEITURE OF COLLATERAL SCHEDULE**

The Court hereby issues the attached updated Forfeiture of Collateral Schedule for Misdemeanor and Petty Offenses. S.D. Ga. LR Crim. 58. The prior schedule adopted by the Court on August 8, 2019, (4:19-mc-7 at doc. 1-1), is abrogated and replaced with the schedule attached to this Order.

The Clerk is DIRECTED to enter this Order and the schedule upon the minutes of the Court for each of its statutory divisions, to publish these materials on the Court's website, to furnish them to the Eleventh Circuit Court of Appeals and the Administrative Office of the United States Courts, and to provide a copy to the United States Attorney's Office for purposes of dissemination to all of the relevant law enforcement agencies within the district.

**SO ORDERED**, this 8th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA